No. 77–926. CANNON v. UNIVERSITY OF CHICAGO ET AL. C. A. 7th Cir. [Certiorari granted, 438 U. S. 914.] Motion of the Solicitor General for additional time for oral argument denied. Alternative request for divided argument granted.

No. 77–983. WASHINGTON ET AL. v. WASHINGTON STATE COMMERCIAL PASSENGER FISHING VESSEL ASSN. ET AL.; and WASHINGTON ET AL. v. PUGET SOUND GILLNETTERS ASSN. ET AL. Sup. Ct. Wash.; No. 78–119. WASHINGTON ET AL. v. UNITED STATES ET AL. C. A. 9th Cir.; and No. 78–139. PUGET SOUND GILLNETTERS ASSN. ET AL. v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON (UNITED STATES ET AL., REAL PARTIES IN INTEREST). C. A. 9th Cir. [Certiorari granted, ante, p. 909.] Motions of Washington State Commercial Passenger Fishing Vessel Assn. and Puget Sound Gillnetters Assn. et al. for additional time for oral argument denied.

No. 77–1571. DELAWARE v. PROUSE. Sup. Ct. Del. [Certiorari granted, ante, p. 816.] Motion of Americans for Effective Law Enforcement et al. for leave to file a brief as amici curiae granted.

No. 77–1583. AMERICAN SOCIETY OF COMPOSERS, AUTHORS & PUBLISHERS ET AL. v. COLUMBIA BROADCASTING SYSTEM, INC., ET AL. C. A. 2d Cir. [Certiorari granted, ante, p. 817.] Motion of Authors League of America, Inc., for leave to file a brief as amicus curiae granted.

No. 78–642. SHAPP, GOVERNOR OF PENNSYLVANIA, ET AL. v. CASEY, TREASURER OF PENNSYLVANIA, ET AL. Appeal from Sup. Ct. Pa. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 78–852. LIBRACH v. FEDERAL BUREAU OF INVESTIGATION ET AL. C. A. 8th Cir. Motion of petitioner to expedite consideration of petition for writ of certiorari denied.